*100 N. J. Eq.*            Rappaport *v.* Crawford.

PER CURIAM.

DAVID N. RAPPAPORT et al.. respondents,

*v.*

FRANK CRAWFORD et al., appellants.

[Decided January 31st, 1927.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Ingersoll, whose opinion is reported in *99 N. J. Eq. 669.*

*Messrs. Harcourt & Steelman,* for the respondents.

*Messrs. Cole & Cole,* and *Mr. John S. Westcott,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ.   12.

*For reversal*—None.